

**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CASE NO. 6:24-cr-231-WWB-RMN
　　　　　　　　　　　　　　　　　　　18 U.S.C. § 844(i)
GIOVANNI ISAI RAMIREZ REYES

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Arson Resulting in Injury)

On or about February 24, 2024, in the Middle District of Florida, the defendant,

GIOVANNI ISAI RAMIREZ REYES,

did maliciously damage, by means of a fire, a building and property used in an activity affecting interstate and foreign commerce, namely Inter&Co Stadium located at 655 West Church Street, Orlando, Florida, which prohibited conduct resulted in personal injury to victim E.Z.

In violation of 18 U.S.C. § 844(i).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Adam J. Nate
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

GIOVANNI ISAI RAMIREZ REYES

## INDICTMENT

Violation:

18 U.S.C. § 844(i)

A true bill

_____
Foreperson

Filed in open court this 18th day of September, 2024.

_____
Clerk

Bail   $_____

GPO 863 525