# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                       **CASE NO: 6:24-cr-231-WWB-RMN**

**GIOVANNI ISAI RAMIREZ REYES**

AUSA: Kaley Austin-Aronson

Defense Attorney: Nicole Mouakar, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **October 15, 2024**<br>2:01 P.M. – 2:12 P.M.<br>2:29 P.M. – 2:57 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 29 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE/ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights.
Court inquires of the defendant. No issues as to competency.
Defendant motions for appointment of counsel. Motion granted. FPD appointed. Order to enter.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defendant waives formal reading of indictment and enters a plea of not guilty. Scheduling order to enter.
Government ore tenus motion for release.
Recess (2:12 P.M.)
Court back in session (2:29 P.M.)
Defendant released on conditions.
Court adjourned.