UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                  CASE NO. 6:24-cr-231-WWB-RMN

GIOVANNI ISAI RAMIREZ REYES

## NOTICE OF MAXIMUM PENALTY

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Maximum Penalty in accordance with the Court's Order at Doc. 15.

## MAXIMUM PENALTIES

Pursuant to 18 U.S.C. § 844(i), the penalty for the offense charged in Count One of the Indictment (Doc. 1), Arson Resulting in Injury, is a term of imprisonment of not less than 7 years and not more than 40 years, and a term of supervised release of not more than five years. The maximum fine is $250,000. *See* 18 U.S.C. § 3571(b). A special assessment of $100 is also mandatory. *See* 18 U.S.C. § 3013(a)(2)(A).

                                               Respectfully submitted,

                                               ROGER B. HANDBERG
                                               United States Attorney

By: /s/ *Adam J. Nate*
Adam J. Nate
Assistant United States Attorney
FL Bar No. 0077004
400 W. Washington St, Suite 3100
Orlando, Florida  32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       Adam.Nate@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vitaliy Kats, Esq.
Attorney for Defendant

/s/ *Adam J. Nate*
Adam J. Nate
Assistant United States Attorney
FL Bar No. 0077004
400 W. Washington St, Suite 3100
Orlando, Florida  32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       Adam.Nate@usdoj.gov