AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

FID 1171839

RECEIVED USMS ORLANDO
2024 SEP 19 AM 9:30

FILED OCT 17 2024 AM 9:34 - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GIOVANNI ISAI RAMIREZ REYES<br><br>*Defendant* | )<br>)  Case No.: 6:24-cr-231-WWB-RMN<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GIOVANNI ISAI RAMIREZ REYES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Arson of a Building Resulting in Injury in violation of 18 U.S.C. § 844(i)

Date: 09/18/2024

*Issuing officer's signature*

City and state: Orlando, Florida

Robert M. Norway, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/18/2024, and the person was arrested on *(date)* 10/14/2024
at *(city and state)* Lake County Court FL.

Date: 10/15/2024

*Arresting officer's signature*

Elizabeth Goddard, Special Agent
*Printed name and title*