**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

    v.                                          **CASE NO. 6:24-cr-231-WWB-RMN**

**GIOVANNI ISAI RAMIREZ REYES**

**UNITED STATES' RESPONSE TO REPORT AND RECOMMENDATION**

      The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully files the following response to the Court's "Report and Recommendation" ("Report"; Doc. 40). The United States does not oppose the ruling in the Report. However, the United States maintains its position that, contrary to the Report at 3 (*see* fn. 1) and consistent with Fed. R. Crim. P. 31(c), "a defendant indicted only for a completed offense can be convicted of attempt." *United States v. Resendiz–Ponce*, 549 U.S. 102, 110 n. 7 (2007); *see also United States v. Dhinsa*, 243 F.3d 635, 675 (2d Cir. 2001) (under Fed. R. Crim. P. 31(c) "a defendant may be found guilty of an attempt to commit a substantive offense, whether or not the attempt was charged in the indictment, provided an attempt is punishable"); *United States v. Pino*, 608 F.2d 1001, 1003 (4th Cir. 1979) (an indictment charging distribution of heroin would support conviction "on an attempt theory"); *United States v. Remigio*, 767 F.2d 730, 733 (10th Cir. 1985) ("The crime of attempt is a lesser included offense of the substantive offense" and "proof of the substantive crime at trial was proof

of the lesser included offense of attempt"); *United States v. York*, 578 F.2d 1036, 1040 (5th Cir. 1978) ("[A]ttempt is an offense included in the completed crime.").

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

**By:** /s/ *Adam J. Nate*
    Adam J. Nate
    Assistant United States Attorney
    FL Bar No. 0077004
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: Adam.Nate@usdoj.gov

**U.S. v. RAMIREZ REYES**  **CASE NO. 6:24-cr-231-WWB-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vitaliy Kats, Esq.
Attorney for the Defendant

                                            **/s/ *Adam J. Nate***
                                            Adam J. Nate
                                            Assistant United States Attorney
                                            FL Bar No. 0077004
                                            400 W. Washington Street, Suite 3100
                                            Orlando, Florida 32801
                                            Telephone:  (407) 648-7500
                                            Facsimile:   (407) 648-7643
                                            E-mail:       Adam.Nate@usdoj.gov