# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No. 6:24-cr-231-WWB-RMN |
| GIOVANNI ISAI RAMIREZ REYES | |

## ORDER

This matter is before the Court on a motion to compel compliance with subpoena duces tecum (Dkt. 50), filed by Defendant, Giovanni Isai Ramirez Reyes, on March 24, 2025. The United States takes no position on the motion. Dkt. 60. The target of the subpoena, Orlando Sports Stadium, LLC, has appeared through counsel and advises that it has provided additional responses, producing documents that it believes satisfy its obligations and renders the motion moot. Dkt. 63 at 1.

It is **ORDERED** that, on or before May 12, 2025, Defendant shall notify the Court if the disputes raised in the motion remain unresolved and, if so, the part(s) of the motion still in dispute.

**DONE** and **ORDERED** in Orlando, Florida, on May 7, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

- 2 -

Copies to:

Counsel of Record

Case 6:24-cr-00231-WWB-RMN    Document 64    Filed 05/07/25    Page 2 of 2 PageID 344