UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.

GIOVANNI ISAI RAMIREZ REYES

Case No. 6:24-cr-231-WWB-RMN

## ORDER

This matter is before the Court on a motion to compel compliance with subpoena duces tecum (Dkt. 50), filed by Defendant, Giovanni Isai Ramirez Reyes, on March 24, 2025. The Court held a hearing on the motion on May 15, 2025. Dkt. 68. Based on the representations made by counsel at the hearing, the motion is due to be denied as moot.

Accordingly, it is **ORDERED** that Defendant's Motion to Compel (Dkt. 50) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on May 16, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record