UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 6:24-cr-231-WWB-RMN

GIOVANNI ISAI RAMIREZ REYES

_____

## VERDICT

### Count One of the Indictment

As to the offense of maliciously damaging, or attempting to damage, by means of a fire, Inter&Co Stadium, a building or property used in an activity affecting interstate or foreign commerce, in violation of 18 U.S.C. § 844(i),

We, the Jury, find the Defendant, **GIOVANNI ISAI RAMIREZ REYES**:

Not Guilty _____        Guilty __✓__

If you find the Defendant guilty, then answer the following question:

We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to Count One that the Defendant's prohibited conduct:

Did not result in personal injury _____        Resulted in personal injury __✓__

SO SAY WE ALL, this __14__ day of October, 2025.