UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.                                  Case No. 6:24-cr-231-RBD-RMN

GIOVANNI RAMIREZ REYES,
    *Defendant*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for

the Eleventh Circuit from the order entered on March 30, 2026, Doc. 192, and the

judgment of acquittal entered on April 1, 2026, Doc. 194.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By:   *s/ Matthew J. Del Mastro*
       MATTHEW J. DEL MASTRO
       Special Assistant United States Attorney
       USAO No. 203
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: matthew.del.mastro@usdoj.gov

April 29, 2026

**CERTIFICATE OF SERVICE**

I certify that on April 29, 2026, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

VITALIY KATS, ESQ.
Federal Public Defender's Office

*Counsel for Giovanni Ramirez Reyes*

s/ Matthew Del Mastro
MATTHEW DEL MASTRO
Assistant United States Attorney

p_Ramirez Reyes notice_appeal.docx